# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Sandra Faye Council Davis<br><br>Debtor | Chapter 13<br>Bankruptcy No. 15-18488-MDC<br>Hearing Date: July 28, 2016<br>Time: 11:00 a.m.<br>Location: Court Room # 2 |

## ORDER

AND NOW, this 28th day of July, 2016, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit Bayview Loan Servicing, LLC, or its Successor or Assignee, to exercise applicable state court remedies with respect to the property located at: 805 Cypress Street, Yeadon, Pennsylvania 19050.

ORDERED that Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of forclosure.

_____
Honorable Magdeline D. Coleman
United States Bankruptcy Judge

cc.:
William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

James P. McGarrity, Esquire
1500 John F. Kennedy Boulevard
Suite 405
Philadelphia, PA 19102

Sandra Faye Council Davis
805 Cypress Street
Yeadon, PA 19050

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107