United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18488-mdc
Sandra Faye Council Davis                                               Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Jul 29, 2016
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2016.
db             +Sandra Faye Council Davis,    805 Cypress Street,    Yeadon, PA 19050-3606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2016 at the address(es) listed below:
     ALEXANDRA T. GARCIA    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com
     ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
      agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
      ecfmail@mwc-law.com
     CELINE P. DERKRIKORIAN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
      LIABILITY COMPANY ecfmail@mwc-law.com
     JAMES P. MCGARRITY    on behalf of Debtor Sandra Faye Council Davis mcgarritylaw@gmail.com,
      mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: Sandra Faye Council Davis  Debtor | Chapter 13  Bankruptcy No. 15-18488-MDC  Hearing Date: July 28, 2016  Time: 11:00 a.m.  Location: Court Room # 2 |
|---|---|

## ORDER

AND NOW, this 28th day of July, 2016, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit Bayview Loan Servicing, LLC, or its Successor or Assignee, to exercise applicable state court remedies with respect to the property located at: 805 Cypress Street, Yeadon, Pennsylvania 19050.

ORDERED that Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of forclosure.

Honorable Magdeline D. Coleman
United States Bankruptcy Judge

cc.:
William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway
123 S. Broad St., Suite 1400
Philadelphia, PA 19109

James P. McGarrity, Esquire
1500 John F. Kennedy Boulevard
Suite 405
Philadelphia, PA 19102

Sandra Faye Council Davis
805 Cypress Street
Yeadon, PA 19050

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107