United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18488-mdc
Sandra Faye Council Davis                                                 Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Aug 18, 2016
                             Form ID: pdf900          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2016.
db              +Sandra Faye Council Davis,    805 Cypress Street,    Yeadon, PA 19050-3606
13638766        +AES,    P.O. Box 61047,    Harrisburg, PA 17106-1047
13638767        +American InfoSource LP agent for Verizon,    PO Box 248838,    Oklahoma City, OK 73124-8838
13638769         Avante USA,    2950 S. Gessenerguite 265,    Houston, TX 77063
13638770         Barclay Bank Delaware,    Wilmington, DE 19801
13638771        +Capital One Bank USA BA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13638772        +Conserve,   P.O. Box 7,    Fairport, NY 14450-0007
13638775        +Delaware City Record of Deed,    201 West Front,    Media, PA 19063-2708
13638777        +Direct Loan SVC System,    P.O. Box 5609,    Greenville, TX 75403-5609
13638778        +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
13638780        ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
                 (address filed with court: Focus Receivables Management,    1130 Northchase PKSuite 150,
                 Marietta, GA 30067)
13638779        +First Premier Bank,    First Premier Bank 3820 N. Lousie Ave,    Sioux Falls, SD 57107-0145
13638781        +Horizon Card Services,    P.O. Box 1275,    Indiana, PA 15701-5275
13638782        +Industrial Acceptance Company,    138 Orange Street,    New Haven, CT 06510-3121
13638787        +PNC Bank Mortgage Servicing,    P.O. Box 1820,    Dayton, OH 45401-1820
13638788         Portfolio Recovery Associates,    PO Box 41067,    Harrisburg, PA 17106
13638789        +SYCNCB/Care Credit,    P.O. Box 965036,    Orlando, FL 32896-5036
13638790        +The CBE Group Inc-Former,    131 Tower Park Drive P.O. Box 900,    Waterloo, IA 50704-0900
13681529        +U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
13638791        +U.S. Department of Education C/O FedLoan,    PO Box 69184,    Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Aug 19 2016 01:42:55    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2016 01:42:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13669543         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 19 2016 01:43:50
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13638768        +E-mail/Text: bnc@atlasacq.com Aug 19 2016 01:42:15     Atlas Acquisitions LLC,
                 294 Union Street,    Hackensack, NJ 07601-4303
13715748        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 19 2016 01:42:45
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,    Coral Gables, FL 33146-1837
13638773        +E-mail/Text: bankruptcy@consumerportfolio.com Aug 19 2016 01:42:41
                 Consumer Portfolio Services,    P.O. Box 57071,    Irvine, CA 92619-7071
13638776        +E-mail/Text: electronicbkydocs@nelnet.net Aug 19 2016 01:42:38     Department of Education,
                 3015 Parker Road,    Suite 400,    Aurora, CO 80014-2904
13638793        +E-mail/Text: bankruptcy@icsystem.com Aug 19 2016 01:43:01     IC Systems Collections,
                 P.O. Box 64378,    Saint Paul, MN 55164-0378
13638783         E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 19 2016 01:42:42     Jefferson Capital System,
                 16 McLeland Road,    Saint Cloud, MN 56303
13638784        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 19 2016 01:42:36     Midland Funding LLC,
                 8875 Aero DrSuite 200,    San Diego, CA 92123-2255
13648994         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2016 01:34:32
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13638785        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2016 01:42:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13638786        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2016 01:33:58
                 Pinnacle Credit Services,    P.O. Box 640,    Hopkins, MN 55343-0640
13638792        +E-mail/Text: bnc-bluestem@quantum3group.com Aug 19 2016 01:43:02     Webbank/Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                 TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13638774         ##+Cybercollect,   2612 Jackson,    Oxford, MS 38655-5405
                                                                      TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Virginia          Page 2 of 2              Date Rcvd: Aug 18, 2016
                             Form ID: pdf900          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2016 at the address(es) listed below:
          ALEXANDRA T. GARCIA     on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com
          ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY ecfmail@mwc-law.com
          JAMES P. MCGARRITY    on behalf of Debtor Sandra Faye Council Davis mcgarritylaw@gmail.com,
           mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :        Chapter 13

Sandra Faye Council Davis                 :

                    Debtor                :        Bankruptcy No. 15-18488 –MDC

## ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.      This chapter 13 bankruptcy case is **DISMISSED**.

2.      Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.      Any wage orders previously entered are **VACATED**.

4.      Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.      All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.      Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order.  Within thirty (30) days

after the entry of this Order, counsel shall file (1) a Certification of Service confirming such

service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such

application has been filed, set a hearing on all such applications.

7.      If no Certification, as required above in Paragraph 6 has been entered on the

docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any

applications for administrative expenses other than Debtor's Counsels have been filed, set a

hearing thereon or, if no such applications have been filed, be authorized to return such funds to

Debtor pursuant to 11 U.S.C. □1326(a)(2).

Dated:  8/18/16

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE